**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-1922**

_____

DAVID Q. WEBB,

Plaintiff - Appellant,

v.

MICHAEL KLINE, Mayor; HILARY A. CROTHERS-MOORE, Commissioner; CORPORAL DENNIS R. WOOD, Police Officer; STEPHEN YATES,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. J. Mark Coulson, Magistrate Judge. (1:22-cv-00008-JMC)

_____

Submitted: May 18, 2023                              Decided: May 22, 2023

_____

Before NIEMEYER, RICHARDSON, and RUSHING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

David Q. Webb, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Q. Webb appeals the magistrate judge's order denying his motion for reconsideration of the denial of his motion to disqualify the magistrate judge.[1] Webb also appeals the magistrate judge's subsequent order granting Defendants summary judgment in Webb's civil action, in which he alleged that Defendants violated his First, Fourth, and Fourteenth Amendment rights under 42 U.S.C. § 1983 and discriminated against him on the basis of race, color, and national origin, in violation of Title VI of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000d to 2000d-7; and denying as moot Webb's motions for judgment on the pleadings, to change the name of a party under Fed. R. Civ. P. 15, and for "request for decision."[2] We have reviewed the record and find no reversible error. Accordingly, we deny Webb's motion to appoint counsel and affirm the magistrate judge's orders. *Webb v. Kline*, No. 1:22-cv-00008-JMC (D. Md. Aug. 23 & 26, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[1] This case was decided by a magistrate judge with the parties' consent pursuant to 28 U.S.C. § 636(c).

[2] Although Webb did not file a new or an amended notice of appeal following the magistrate judge's order granting Defendants summary judgment and denying as moot Webb's remaining motions, Webb's supplemented informal brief serves as the functional equivalent of a notice of appeal from that order. *See Smith v. Barry*, 502 U.S. 244, 248-49 (1992).